United States District Court
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MALIBU MEDIA, LLC,

        Plaintiff,

  v.

JOHN DOE SUBSCRIBER ASSIGNED IP
ADDRESS 76.102.239.110,

        Defendant.

                   /

No. C 16-01017 WHA

**ORDER GRANTING
SEALING MOTION AND
EXTENDING DEADLINE
TO SERVE DEFENDANT**

Malibu Media seeks leave to file under seal its amended complaint, proposed summons, and return of service. Malibu Media's motion is hereby **GRANTED**. Malibu Media shall have until **JUNE 23** to serve defendant.

**IT IS SO ORDERED.**

Dated:   June 6, 2016.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE