UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO

| | |
|---|---|
| MALIBU MEDIA, LLC, | Case Number: 3:16-cv-01017-WHA |
| Plaintiff, | |
| vs. | |
| JOHN DOES JOHN DOE subscriber assigned IP address 76.102.239.110, | |
| Defendant. | |

### ORDER ON STIPULATION OF DISMISSAL

THIS CAUSE came before the Court upon the Parties' Stipulation to Dismiss all Plaintiff Malibu Media, LLC's and Defendant John Doe's claims against each other with prejudice, and the Court being duly advised in the premises does hereby:

ORDER AND ADJUDGE:

1. All Plaintiff's and Defendant John Doe's claims against each other are hereby dismissed with prejudice.

2. Each party shall bear its own attorneys' fees and costs.

3.  This case is closed for administrative purposes.

SO ORDERED this  14  day of  September , 2016.

By: _____
**UNITED STATES DISTRICT JUDGE**

ORDER ON STIPULATION OF DISMISSAL
Case No.: 3:16-cv-01017-WHA